# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Feb 06, 2023**

SEAN F. McAVOY, CLERK

CHARLES DWIGHT MCKEE,

*Plaintiff*

v.

JEFFREY UTTECHT; CUS KRISTEN WILLIAMS; INCIDENT COMMANDER DOE 01; and PROCUREMENT DIRECTOR/DESIGNEE DOE 02,

*Defendant*

Civil Action No. 4:22-cv-05123-SAB

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

☑ other: Plaintiff's Motion to Voluntarily Dismiss Complaint, ECF No. 9, is GRANTED. All claims and causes of action in this matter are DISMISSED without prejudice and without costs or fees to any party.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge STANLEY A. BASTIAN on a motion for voluntary dismissal. (ECF No. 9)

Date: 2/6/2023

*CLERK OF COURT*

SEAN F. McAVOY

s/ Tonia Ramirez
*(By) Deputy Clerk*

Tonia Ramirez